In The United States District Court For The Middle District of Alabama

Petitioner:
Malcolm S. Driskill, Jr.

—vs—

Respondants:
Warden Cheryl Price, Chaplain Roy E. Smith, The Alabama Department of Corrections

93cv1404

RECEIVED
2007 OCT -4 P 3:20
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Motion For An Emergency Restraining Order

Comes now the Petitioner, Malcolm S. Driskill, Jr. on behalf of the Native American Prisoners of Alabama at Bibb Corrections and requests this Honorable Court issue an emergency restraining order to prevent the Respondants from cutting down the Tree of Life on the Native American grounds at this facility until such time as the issue can be adudicated in this court as per the accompanying Motion to Intervene.

Done this the 1 day of October, 2007.

Malcolm S. Driskill, Jr.
Petitioner

c/c Warden Cheryl Price, Chaplain Roy E. Smith, Attorney Mark Sabel

Petitioner's Address: 173034 F3-94, 565 Bibb Ln., Brent, AL. 35034

1 of 1

Raven Shadow
t/k/a Malcolm Driskill F3-94
730 34
565 Bibb Ln.
Bent, Ala. 35034

Judge Charles S. Coody
Chief U.S. Magis.
B401 Frank M. Johnson, Jr.
U.S. Courthouse Complex
One Church St.
P.O. Box 158
Montgomery, AL. 36101-0158

BIRMINGHAM AL 350
03 OCT 2007 PM 4 L

36101015B C003



"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

In The United States District The
Middle District of Alabama

Petitioner:
Malcolm S. Driskill, Jr.
— VS —

Respondants:
Warden Cheryl Price, Chaplain Roy E. Smith, The
Alabama Deptartment of Corrections

93cv1404
RECEIVED
2007 OCT -4 P 3:20
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Motion To Intervene

Comes now the Petitioner, Malcolm S. Driskill, Jr. on behalf of the Native American Prisoners of Alabama at Bibb Corrections, and requests this Honorable Court to excersize its Lawful Judiciary Powers and adjudicate between the two parties of Petitioner and Respondants the Following matters:

1) The sanctity of the Tree of Life on the Native American Religious grounds;

2) That said Tree of Life is not to be cut down without clear and absolute proof that it poses a threat to persons, property, and/or security.

The Petitioner asserts the Tree of Life is sacred to his spiritual walk as well as to all others at this facility who practice Native American spirituality here. And that, further, the Tree of Life present does not pose a threat

1 of 2

to persons, property, or security at this facility.

AR 333, instituted 12-17-04, V. <u>Procedures</u> sect. E3d page 12 states, "Vegetation, <u>other than the Tree of Life</u> or any exsisting trees of Life, shall not be permitted to grow to a height greater than four feet and one-half. and shall be planted in such a manner as to not obstruct the view of correctional officers, not within ten feet of any perimeter fence of the Correctional institution, nor cause any type of fire hazard to any prison building or areas of the yard."

This is an issue that has been before this Honorable Court, at least in part, previously. It is given to the Petitioner to understand that the agreement reached at that time granting Native American practioners their rights to worship, clearly stipulated that there shall be no post-scriptions to those agreements.

The Respondants in this Motion are/have revised the AR 333 and are threatening to cut down the Tree of Life on our Native American grounds to ten feet or less, which will likely kill the tree as it is a cedar.

Wherefore the Petitioner prays this Honorable Court shall be moved by clear logic of evidence and Intervene on behalf of himself and all

others whom shall be affected in their spiritual walk at this facility.

Done this the 1 day of October, 2007.

*Malcolm S. Driskill, Jr.*
Petitioner

c/c warden Cheryl Price, chaplain Roy E. Smith, Attorney Mark Sabel

Petitioner's address: 173034   F3-9A, 565 Bibb Ln., Brent, AL. 35034


Case 2:07-cv-00899-WHA-CSC    Document 2-2    Filed 10/05/2007    Page 4 of 4

Raven Shadow
f/k/a Malcolm Driskill
#3034 F3-9A
565 Bibb Ln.
Bent, Ala. 35034

Judge Charles S. Coody
Chief U.S. Magis.
B401 Frank M. Johnson, Jr.
U.S. Courthouse Complex
One Church St.
P.O. Box 158
Montgomery, AL. 36101-0158

BIRMINGHAM AL 350
03 OCT 2007 PM 4 L



"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

36101501588 B003